IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TAMMIE KENNEDY                                           PLAINTIFF

            v.                    Civil No. 04-6080

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                  DEFENDANT

## JUDGMENT

On this 5th day of October, 2005, the Court has before it for consideration the request

for attorney's fees filed by plaintiff's attorney, Charles R. Padgham, pursuant to the Equal

Access to Justice Act, *28 U.S.C. § 2412.* In accordance with the Memorandum Opinion filed in

the above styled case on today's date, the Court hereby grants the motion, and plaintiff's

attorney is awarded fees in the amount of $1,980.00 under *28 U.S.C. § 2412.*

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge